**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Anna Marie Buckenmaier, | ) | No. CV-10-02668-PHX-NVW |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Pfizer, Inc., | ) | |
| Defendant. | ) | |

Before the Court is the Motion for Leave to File Plaintiff's First Amended Complaint (Doc. 26).

Leave to amend should be freely given "when justice so requires." Fed. R. Civ. P. 15(a)(2). Plaintiff seeks leave to amend her complaint to affirmatively plead the discovery rule and fraudulent concealment to avoid Defendants' possible contention that she may not rely on those doctrines to respond to their defense that her claim is barred by a statute of limitations.

Defendants oppose the motion to amend, contending that the proposed amendment is futile. Their arguments are primarily directed to the merits of their limitations defense and Plaintiff's potential response, which the Court does not decide here. Defendants do not allege that granting the motion to amend would cause unfair surprise or undue prejudice.

1    IT IS THEREFORE ORDERED that the Motion for Leave to File Plaintiff's First
2 Amended Complaint (Doc. 26) is granted.  Plaintiff shall file and serve her First
3 Amended Complaint forthwith.
4    DATED this 18th day of July, 2011.

_____
Neil V. Wake
United States District Judge